Peter S. Sloane (PS 7204)
OSTROLENK, FABER, GERB & SOFFEN, LLP
1180 Avenue of the Americas
New York, New York 10036
Telephone: (212) 382-0700

Attorney for Plaintiff Outerluxe, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OUTERLUXE, INC.,

        Plaintiff,

v.

BELLA FIORA INC. and ELLIE DIAMONDSTEIN,

        Defendants.

JUDGE CASTEL

'07 CIV 9282

Civil Action No.:

RECEIVED
OCT 16 2007
U.S.D.C. S.D.N.Y.
CASHIERS

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Plaintiff Outerluxe, Inc., certifies that there is no parent corporation or any publicly held corporation that owns 10% or more of its stock.

DATED: October 16, 2007
      New York, New York

OSTROLENK, FABER, GERB & SOFFEN, LLP

By: _____
    Peter S. Sloane (PS 7204)

OSTROLENK, FABER, GERB & SOFFEN, LLP
1180 Avenue of the Americas
New York, New York 10036
(212) 382-0700

Attorney for Plaintiff Outerluxe, Inc.

*{00876677.1}*