# Affidavit of Process Server

UNITED STATES DISTIRCT COURT SOUTHERN DISTRICT OF NEW YORK
(NAME OF COURT)

| OUTERLUXE, INC. | vs | BELLA FIORE INC. AND ELLIE DIAMONDSTEIN | 9282/07 |
|---|---|---|---|
| PLAINTIFF/PETITIONER | | DEFENDANT/RESPONDENT | CASE NUMBER |

I **STEPHEN THEUS, LIC #1110261**, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served **ELLIE DIAMONDSTEIN**
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) **SUMMONS AND COMPLAINT**

by leaving with **KELLY SHOREWRIGHT**   **WORKER**   At
                     NAME                              RELATIONSHIP

☐ Residence _____
               ADDRESS                          CITY / STATE

☑ Business **1912 PALMER AVENUE**      **LARCHMONT, NEW YORK 10538**
               ADDRESS                          CITY / STATE

On **10/17/07** AT **2:45 P M**
     DATE                                      TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on_____
                                                                              DATE
from_____
       CITY        STATE        ZIP

**Manner of Service:**
☐ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.
☑ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address   ☐ Moved, Left no Forwarding   ☐ Service Cancelled by Litigant   ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist   ☐ Other_____

**Service Attempts:** Service was attempted on: (1)_____ (2)_____
                                                      DATE   TIME          DATE   TIME
(3)_____ (4)_____ (5)_____
   DATE   TIME      DATE   TIME      DATE   TIME

**Description:.** Age **30-40** Sex **FEMALE** Race **white** Height **5'4"-5'11"** Weight **140-170** Hair **BROWN** Beard **NO** Glasses_____

_____
SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this **18TH** day of **OCTOBER**, 2007

BERNARO MITCHELL ALTER
Notary Public - State of New York
No. 2AL4519352
Qualified in Nassau County
Commission Expires August 31, 2010    NOTARY PUBLIC for the state of **NEW YORK**

_____
SIGNATURE OF NOTARY PUBLIC



FORM 2    NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS