# Affidavit of Process Server

UNITED STATES DISTIRCT COURT SOUTHERN DISTRICT OF NEW YORK
(NAME OF COURT)

| OUTERLUXE, INC. | vs BELLA FIORE INC. AND ELLIE DIAMONDSTEIN | 9282/07 |
|---|---|---|
| PLAINTIFF/PETITIONER | DEFENDANT/RESPONDENT | CASE NUMBER |

I STEPHEN THEUS, LIC #1110261, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served BELLA FIORE INC.
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) SUMMONS AND COMPLAINT

by leaving with KELLY SHOREWRIGHT   WORKER   At
                 NAME                RELATIONSHIP

☐ Residence _____
              ADDRESS          CITY / STATE

☑ Business 1912 PALMER AVENUE   LARCHMONT, NEW YORK 10538
            ADDRESS              CITY / STATE

On 10/17/07   AT 2:45 P M
   DATE          TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on_____
                                                                                    DATE
from_____
     CITY    STATE    ZIP

**Manner of Service:**
☐ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.
☑ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address   ☐ Moved, Left no Forwarding   ☐ Service Cancelled by Litigant   ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist  ☐ Other_____

**Service Attempts:** Service was attempted on: (1)_____ (2)_____
                                                   DATE    TIME        DATE    TIME
(3)_____ (4)_____ (5)_____
   DATE    TIME          DATE    TIME          DATE    TIME

**Description:** Age 30-40 Sex FEMALE Race white Height 5'4"-5'11" Weight 140-170 Hair BROWN Beard NO Glasses____

_____
SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this 18TH day of OCTOBER, 2007

BERNARO MITCHELL ALTER
Notary Public - State of New York
No. 2AL4519352
Qualified in Nassau County
Commission Expires August 31, 20__

NOTARY PUBLIC for the state of NEW YORK

_____
SIGNATURE OF NOTARY PUBLIC



FORM 2   NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS