

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OUTERLUXE, INC.,

                Plaintiff,

v.

BELLA FIORA INC. and ELLIE DIAMONDSTEIN,

                Defendants.

CIVIL ACTION NO. 07-CV-9282 (PKC)

### NOTICE OF DISMISSAL

Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(i), Plaintiff dismisses the above-identified action. The dismissal is without prejudice. The Defendants have not served an Answer or Motion for Summary Judgment.

Respectfully submitted,

DATED: January 3, 2008      By: _____
       New York, New York              Peter S. Sloane (PS 7204)

OSTROLENK, FABER, GERB &
SOFFEN, LLP

1180 Avenue of the Americas
New York, New York 10036
Telephone: (212) 382-0700
Facsimile: (212) 382-0888

Attorneys for Plaintiff

{00884124.1}

1-4-08